IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Evangelical Lutheran Church in America Board of Pensions,

Plaintiff,

v.

Spherion Pacific Workforce LLC,

Defendants.

Civil File No. 04-CV-4791 (ADM/AJB)

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of Plaintiff Evangelical Lutheran Church in America Board of Pensions and Defendant Spherion Pacific Workforce LLC (Document No. 41), the above-captioned action is dismissed with prejudice and on the merits, and without costs or fees to any of the parties.

IT IS SO ORDERED.

BY THE COURT:

Dated: June 30, 2006.            s/Ann D. Montgomery

_____
Judge Ann D. Montgomery